IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA ABRAMS**, *Plaintiff,* v. **ERESEARCH TECHNOLOGY, INC.**, *Defendant.* | **Case No. 2:23-cv-01881-JDW** |

### ORDER

**AND NOW**, this 28th day of November, 2023, upon review of Defendant eResearch Technology, Inc.'s Motion To Strike Plaintiff's Second Amended Complaint And Motion To Dismiss Plaintiff's NJCUMMA Claim (ECF No. 42), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. ERT's motion to dismiss the CUMCA claim in Paragraph 23 of Mr. Abrams's Second Amended Complaint is **GRANTED**;

2. ERT's motion to strike is **GRANTED** with respect to Paragraphs 3-7, 9-14, 20-21, and 24 of the Second Amended Complaint; and

3. The motion to strike is **DENIED** in all other respects.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.